*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv4769         Assigned/Issued By: j. n.

Judge Name: guzman           Designated Magistrate Judge: brown

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other ____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                Receipt #: 3041064

Date Payment Rec'd: 8-21-08     Fiscal Clerk: j. n.

**ISSUANCES**

☑ Summons                        ☐ Alias Summons
☐ Third Party Summons            ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                 *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets    ☐ Other
☐ Writ _____                   _____
   *(Type of Writ)*              *(Type of issuance)*

1 Original and 0 copies on 8-21-08 as to defendant
                      *(Date)*