UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH, and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN, and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NEPTUNE CONSTRUCTION COMPANY, INC.,<br><br>Defendant. *REVISED* | Case No. 08 C 4769<br><br>Judge Guzman<br><br>Magistrate Judge Brown |

### FINAL JUDGMENT ORDER BY DEFAULT

This matter came before the Court on Plaintiffs' Motion for Judgment by Default Against Defendant NEPTUNE CONSTRUCTION COMPANY, INC. The Court has examined the Plaintiffs' submissions and is fully informed. It appears that good cause exists for granting Plaintiffs' motion:

WHEREAS, the Plaintiffs filed their Complaint on August 21, 2008 and the Defendant was served with copies of the Complaint and Summons on August 22, 2008; and

WHEREAS, the Defendant failed to answer or otherwise plead to the Complaint and as a result, on October 7, 2008, this Court entered an Order of Default against the Defendant;

WHEREAS, upon application of the Plaintiffs and for good cause shown, a default

1

judgment is hereby entered against NEPTUNE CONSTRUCTION COMPANY, INC., in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against NEPTUNE CONSTRUCTION COMPANY, INC., as follows:

1. Judgment is entered against Defendant NEPTUNE CONSTRUCTION COMPANY, INC., in the amount of **$142,248.79** for amounts owed pursuant to a payroll audit and/or work reports for the period of July 1, 2005 through August 31, 2008, including outstanding contributions, dues, interest, liquidated damages, accumulated liquidated damages and interest, audit fees, as well as attorneys' fees and costs and Defendant NEPTUNE CONSTRUCTION COMPANY, INC., is ordered to submit **$142,248.79** to the Plaintiffs within 10 days of the date of this Order for the following:

| | | |
|---|---|---|
| CISCO (07/05-8/08) | $ | 53.38 |
| IAF | $ | 320.28 |
| Dues | $ | 2,523.83 |
| LDCLMCC | $ | 640.56 |
| LECET | $ | 266.90 |
| Pension | $ | 32,007.24 |
| Safety | $ | 53.38 |
| Training | $ | 1,373.84 |
| Welfare | $ | 46,242.29 |
| **Subtotal:** | **$** | **83,481.70** |
| Liquidated Damages @ 20% | $ | 16,010.08 |
| Liquidated Damages @ 10% | $ | 343.13 |
| Accrued LDs/Interest (02/08-04/08) | $ | 8,191.96 - Funds |
| Accrued LDs/Interest (05/08-06/08) | $ | 1,685.28 - District Council |
| Interest (07/05-08/08) | $ | 8,976.77 |
| Audit Fee | $ | 5,430.10 |
| Attorneys' Fees & Costs | $ | 18,129.77 |
| **Total** | | **$142,248.79** |

2

Judgment Amount: **$142,248.79**

ENTERED:

By: /s/ Ronald A. Guzman          Dated: 4/10/09
HONORABLE RONALD A. GUZMAN